# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

JDF HOLDINGS, LLC, et al.,

    Defendants.

Case No. 16-cv-04291-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The Court-appointed mediator has advised the Court that the parties in this action have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: May 16, 2017



WILLIAM H. ORRICK
United States District Judge